JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DONA BROWN and TIMOTHY BROWN,

               Plaintiffs,

      v.

WELLS FARGO BANK, N.A.,

               Defendant.

Case No. CV 16-642-DMG (AGRx)

**JUDGMENT**

    This Court having issued its Findings of Fact and Conclusions of Law following a two-day bench trial,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiffs Dona Brown and Timothy Brown.

DATE: December 27, 2018

                         _____
                          DOLLY M. GEE
               UNITED STATES DISTRICT JUDGE